# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

148000

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DETROIT LIONS, INC., and
WCF LAND, LLC,
          Petitioners-Appellants,

v

CITY OF DEARBORN and CITY OF
ALLEN PARK,
          Respondents-Appellees.

SC: 148000
COA: 299414
MTT: 00-314349

_____/

     On order of the Court, the application for leave to appeal the October 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224